UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ABSOLUTE SWINE INSEMINATION CO., (H.K.) LIMITED, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ABSOLUTE SWINE INSEMINATION CO., LLC, et al., <br><br> Defendants. | Case No. 2:12-cv-00606-KJD-PAL <br><br> **ORDER** <br><br> (Mtn to Appoint - Dkt. #14) |

This matter is before the court on Plaintiffs' Motion for Appointment of a Special Process Server (Dkt. #14) filed July 2, 2012. The Motion requests the court appoint John Pierceall and agents of Ancillary Legal Corporation as special process servers pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure to serve Defendant[1] with process by international mail. The Motion is supported by Mr. Pierceall's Affidavit (Dkt. #16), in which he avers that "respondent" resides in the Phillippines, a nation that is not a party to either the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil or Commercial Matters or the Inter-American Treaty on Letters Rogatory and the Additional Protocol.

LR 7-2(d) provides,"The failure of a moving party to filed points and authorities in support of a motion shall constitute a consent to the denial of the motion." Plaintiffs have not included points and authorities in support of their request to appoint a special process server. They have also not provided the court with any authority to justify their request to serve Defendant Anderson by international mail.

---

[1] The Motion and the Affidavit of John Pierceall (Dkt. #16) do not specify which Defendant Plaintiffs purport to serve by special process server. A review of the court's docket reflects that only Defendant Mark Anderson remains to be served with process. *See* Summons Returned Executed (Dkt. ##9, 10).

Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion to Appoint a Special Process Server (Dkt. #14) is DENIED WITHOUT PREJUDICE.

Dated this 11th day of July, 2012.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE